In the Matter of the Probate of the Last Will and Testament of WILLIAM J. KROWL, Deceased. ELMER F. KROWL, as Executor, etc., of WILLIAM J. KROWL, Deceased, Appellant; EMMA BARTH, Respondent.— Decree of the Surrogate's Court of Queens county denying probate to a written instrument purporting to be the last will and testament of William J. Krowl, deceased, affirmed, with costs to respondent, payable out of the estate. We are of the opinion that the finding

of the jury that the testator lacked mental capacity to make a will is supported by the evidence. Young, Hagarty and Carswell, JJ., concur; Lazansky, P. J., and Tompkins, J., dissent and vote for reversal and a new trial.